# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 10-CR-91 (JNE) |
| | Date: April 20, 2010 |
| CHRISTI MICHELE ROWAN, Defendant. | Court Reporter: Maria Weinbeck |
| | Time Commenced: 3:09 p.m. |
| | Time Concluded: 3:40 p.m. |
| | Time in Court: 0 Hours & 31 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Joan N. Ericksen, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff:    Nicole A. Engisch
   For Defendant:    Janet A. Newberg  ☐ FPD  ☐ CJA  ☐ Retained  ☐ Appointed
   Interpreter/Language: /
   ☐ Appointment of Counsel requested - ☐ granted ☐ denied.
   ☐ Appointed

PROCEEDINGS:

   ☒ **Arraignment** on ☒ Information, ☐ Indictment
   ☒ **Change of Plea Hearing.**
   ☒ **Initial Appearance.**
   ☒ Indictment waived.
   ☐ Defendant withdraws plea of as to Count(s):

   ☒ PLEA:
      ☒ Guilty as to Counts I & II
      ☐ "Nolo Contendere" as to Count(s):
      ☐ Defendant admits allegations in the Information.

   ☒ Presentence Investigation and Report requested.
   ☒ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.
   ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
   ☐ Defendant remanded to the custody of the U.S. Marshal.

                                                                               s/Elizabeth Wright
                                                                                    Law Clerk