```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                 Criminal No. 10-91 (JNE)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S MOTION FOR** |
| | ) | **EXTENSION OF TIME TO** |
| v. | ) | **FILE POSITION PLEADINGS** |
| | ) | |
| CHRISTI MICHELE ROWAN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, and Nicole A. Engisch, Assistant United States Attorney, respectfully moves the Court for an order extending the time limits under the Local Rules in which pleadings with respect to sentencing procedures are due. This matter relates to, and involves this defendant's potential cooperation in, Criminal No. 10-32 (JNE/SRN), the case of U.S. v. Dennis Hecker, et al., which is currently set for trial October 18, 2010. Because trial in that matter is anticipated to last several weeks, the government is respectfully requesting an extension until approximately December 2010 to file the position pleadings. Counsel for the defendant, Janet Newberg, Esq., indicates she has no objection to this motion.

This motion is based on all records, files and proceedings herein.

| | |
|---|---|
| Date: July 12, 2010 | Respectfully submitted,<br><br>B. TODD JONES<br>United States Attorney<br><br>s/ Nicole A. Engisch<br><br>BY: NICOLE A. ENGISCH<br>Assistant U.S. Attorney<br>Attorney ID No. 215284<br>Email: nicole.engisch@usdoj.gov |