UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-91 (JNE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) GOVERNMENT'S MOTION FOR |
| | ) EXTENSION OF TIME TO FILE |
| v. | ) POSITION PLEADINGS |
| | ) |
| CHRISTI MICHELE ROWAN, | ) |
| | ) |
| Defendant. | ) |

The United States of America, by and through its undersigned attorneys, respectfully moves the Court for an order extending the time limits under the Local Rules in which pleadings with respect to sentencing procedures are due. The government respectfully requests that the Court move the deadline for position pleadings to be filed to January 28, 2011. The additional time is needed to permit the defendant to take appropriate steps to comply with plea agreement provisions requiring her cooperation with the IRS and otherwise. Counsel for the defendant, Janet Newberg, Esq., indicates she has no objection to this motion.

Dated: December 6, 2010         Respectfully submitted,

                                B. TODD JONES
                                United States Attorney


                                s/Nicole A. Engisch

                                BY:  NICOLE A. ENGISCH
                                     NANCY E. BRASEL
                                     DAVID M. GENRICH
                                Assistant United States Attorneys