# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MINUTES - STATUS CONFERENCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No:  10cr91 (JNE) |
| | ) | Date:  February 24, 2011 |
| Christi Michele Rowan, | ) | Court Reporter:  Maria Weinbeck |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced:  11:38 a.m. |
| | | Time Concluded:  12:04 p.m. |
| | | Time in Court:  0 Hours & 26 Minutes |

**APPEARANCES:**

Plaintiff:     Nancy E. Brasel/David M. Genrich/Nicole A. Engisch, Assistant U.S. Attorney
Defendant:   Janet A. Newberg for    Christi Michele Rowan  ☐ FPD  ☐ CJA  ☐ Retained  ☐ Appointed

**MINUTES:**

Court rejects the plea agreement and informs defendant that she has the opportunity to withdraw her plea. The hearing regarding the revocation of pretrial conditions is set for March 2, 2011 at 2:00.

s/Sheri L. Frette
Signature of Calendar Clerk