UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-91 (JNE)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>CHRISTI MICHELE ROWAN,  )<br>)<br>Defendant.  ) | **WAIVER OF<br>DETENTION HEARING** |

I, Janet A. Newberg spoke with my client Christi Michele Rowan by telephone this morning, March 1, 2011. I had previously advised Ms. Rowan of her right to a detention hearing pursuant to 18 U.S.C. §3142(f) to challenge the United State's motion for her continued detention. I had also previously advised Ms. Rowan that if she did not exercise her right to a detention hearing, she would remain in custody until the final resolution of the charges against her.

Ms. Rowan told me that she expressly waives her right to a detention hearing, and consents to the entry of an Order remanding her to the custody of the U.S. Marshal until the final resolution of this criminal case against her.

I agree to obtain Ms. Rowan's signature on this Waiver at my next opportunity to meet with her in person. After I obtain Ms. Rowan's signature, I will file the fully executed document with the Court.

Date:   March 1, 2011                    /s/ Janet A. Newberg, #130084
                                         4707 Highway 61, #223
                                         White Bear Lake, MN  55110
                                         (651) 653-4587

                                         ATTORNEY FOR DEFENDANT


Date:                                    _____
                                         Christi M. Rowan