UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-91 (JNE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| CHRISTI MICHELE ROWAN, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, on October 18, 2010, Chief Judge Michael J. Davis ordered that the Federal Bureau of Investigation retrieve and take possession of American Express gift cards located in the residence of the defendant and Dennis Hecker;

WHEREAS, the funds from the gift cards were ordered to be turned over to the government for repayment of the Defender Services CJA fund, as a partial reimbursement for the costs of Hecker's CJA attorney in <u>United States v. Hecker</u>, Criminal Case No. 10-cr-32 (JNE);

WHEREAS, the defendant kept or replaced some of those gift cards rather than turn them over to the FBI;

WHEREAS, American Express has informed the government that the gift cards the defendant kept or replaced have a remaining balance of $1769.62;

IT IS HEREBY ORDERED that:

1. The government will liquidate the remaining gift cards held in the name of Dennis E. Hecker, in the total amount of

$1769.62, and will apply the full amount of the gift cards toward reimbursing the government for the costs of the Hecker's CJA attorney.  The government will obtain from American Express a check or money order, in the amount of $1769.62, payable to Clerk of Court.

    2.   The Clerk of Court is directed to deposit the $1769.62 into the Defender Services CJA Appropriation Account.


Dated: 3-28-2011                       s/ Joan N. Ericksen
                                      The Honorable Joan N. Ericksen
                                      U.S. District Court Judge